**No. 51668.**—Protests 931804–G, etc., of B. F. Montague Co., Inc. (New York).

Opinion by KINCHELOE, J. It was stipulated that certain items of the merchandise consist of cotton gloves similar in all material respects to those passed upon in *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333) and that other items of the merchandise consist of knit cotton fabric the same as the fabric of which the gloves the subject of *United States* v. *Julius Kayser & Co.*, *supra*, were made. In accordance therewith the claims at 50 percent under paragraph 915 and 35 percent under paragraph 914, plus additional duty under paragraph 924, were sustained.

**No. 51669.**—Protests 821318–G, etc., of Alexander & Baldwin, Ltd., et al. (Honolulu, etc.).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE THIRD DIVISION, APRIL 18, 1947

**No. 51670.**—Protest 121188–K of Britam Agencies (New York).

Opinion by EKWALL, J. Inasmuch as no evidence was introduced at the trial to establish whether or not there had been a short-landing of the 26 raincoats, it was held that the affidavits submitted to the collector for the sole purpose of establishing that the regulations were complied with, were insufficient to overcome the presumption of correctness of the collector's action. *Borgfeldt* v. *United States* (11 Ct. Cust. Appls. 421, T. D. 39433) and *Altman* v. *United States* (13 Cust. Ct. 56, C. D. 868) cited. The protest was therefore overruled.

**No. 51671.**—Protests 877963–G, etc., of H. L. Caplan & Co., Inc., et al. (Portland, Oreg., and Baltimore).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400, the court dismissed the protests.